# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| LORI J. MEEKO, | |
|---|---|
| Plaintiff, | CIVIL ACTION NO. 3:CV-11-1409 |
| v. | (JUDGE CAPUTO) |
| SOUTHWESTERN ENERGY PRODUCTION COMPANY, | (MAGISTRATE JUDGE BLEWITT) |
| Defendant. | |

## ORDER

**NOW**, this 27th day of December, 2012, **IT IS HEREBY ORDERED** that:

(1) Magistrate Judge Blewitt's Report and Recommendation (Doc. 26) is **ADOPTED as modified** by the accompanying Memorandum.

(2) Defendant Southwestern Energy Production Company's Motion for Summary Judgment (Doc. 16) is **GRANTED**.

(3) The Clerk of Court is directed to **ENTER** judgment in favor of Defendant Southwestern Energy Production Company and against Plaintiff Lori J. Meeko.

(4) The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge